THE AGUILERA LAW GROUP, APLC
A. Eric Aguilera (SBN 192390)
Kari M. Myron (SBN 158592)
650 Town Center Drive
Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@aguileragroup.com
kmyron@aguileragroup.com

Attorneys for Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ADMIRAL INSURANCE COMPANY, a Delaware corporation; AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; AXIS SPECIALTY INSURANCE COMPANY, a Connecticut corporation; CNA INSURANCE COMPANIES, INC., a Delaware corporation; FIRST SPECIALTY INSURANCE COMPANY, a Missouri corporation; GREENWICH INSURANCE COMPANY, a Delaware corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.: 3:12-cv-04160-RS<br><br>Assigned to:<br>Hon. Richard Seeborg, Courtroom 3<br><br>[PROPOSED] ORDER TO DISMISS DEFENDANT CNA INSURANCE COMPANIES, INC. IN FAVOR OF TRANSPORTATION INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY AND THE CONTINENTAL INSURANCE COMPANY<br><br>Complaint filed: 8/8/12<br>First Amended Complaint filed: 9/17/12<br>Trial Date: Not Yet Set |

1

Pursuant to the stipulation of Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY ("ST. PAUL"), Defendants CNA INSURANCE COMPANIES, INC., TRANSPORTATION INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY and THE CONTINENTAL INSURANCE COMPANY and good cause existing therefore,

IT IS HEREBY ORDERED that Defendant CNA INSURANCE COMPANIES, INC. only be and hereby is dismissed from the above-captioned action pursuant to FRCP 41(a)(1), and that all allegations against CNA Insurance Companies, Inc. in the first amended complaint are deemed to be alleged against TRANSPORTATION INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY and THE CONTINENTAL INSURANCE COMPANY instead.

DATED: October 23, 2012

HON. RICHARD SEEBORG
JUDGE OF THE DISTRICT COURT

2

CASE NO. 3:12-CV-04160-RS
[PROPOSED] ORDER TO DISMISS DEFENDANT CNA INSURANCE COMPANIES, INC. IN FAVOR OF TRANSPORTATION INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY AND THE CONTINENTAL INSURANCE COMPANY