1  **THE AGUILERA LAW GROUP, APLC**
   A. Eric Aguilera (SBN 192390)
2  Kari M. Myron (SBN 158592)
3  650 Town Center Drive
   Suite 100
4  Costa Mesa, CA 92626
   T: 714-384-6600 / F: 714-384-6601
5  eaguilera@aguileragroup.com
6  kmyron@aguileragroup.com

7
   Attorneys for Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY
8

9
                    **UNITED STATES DISTRICT COURT**
10
          **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**
11

12

| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation, | CASE NO.: 3:12-cv-04160-RS |
|---|---|
| Plaintiff, | Assigned to:<br>Hon. Richard Seeborg, Courtroom 3 |
| vs. | [~~PROPOSED~~] ORDER TO DISMISS DEFENDANT NATIONAL FIRE INSURANCE COMPANY OF HARTFORD IN FAVOR OF NATIONAL FIRE INSURANCE COMPANY OF HARTFORD (AS SUCCESSOR BY MERGER TO TRANSCONTINENTAL INSURANCE COMPANY) AND VALLEY FORGE INSURANCE COMPANY |
| ADMIRAL INSURANCE COMPANY, a Delaware corporation; AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; AXIS SPECIALTY INSURANCE COMPANY, a Connecticut corporation; CNA INSURANCE COMPANIES, INC., a Delaware corporation; FIRST SPECIALTY INSURANCE COMPANY, a Missouri corporation; GREENWICH INSURANCE COMPANY, a Delaware corporation; LEXINGTON INSURANCE COMPANY, a Delaware corporation; NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, an Illinois corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation; and DOES 1 through 10 inclusive, | Complaint filed: 8/8/12<br>First Amended Complaint filed: 9/17/12<br>Trial Date: Not Yet Set |
| Defendants. | |

1

1  Pursuant to stipulation of Plaintiffs ST. PAUL FIRE AND MARINE INSURANCE COMPANY ("ST. PAUL"), Defendants NATIONAL FIRE INSURANCE COMPANY OF HARTFORD (ON ITS OWN BEHALF AND AS SUCCESSOR BY MERGER TO TRANSCONTINENTAL INSURANCE COMPANY), and VALLEY FORGE INSURANCE COMPANY and good cause existing therefore,

IT IS HEREBY ORDERED that Defendant NATIONAL FIRE INSURANCE COMPANY OF HARTFORD only be and hereby is dismissed without prejudice from the above-captioned action pursuant to FRCP 41(a)(1), and that all allegations against NATIONAL FIRE INSURANCE COMPANY OF HARTFORD in the first amended complaint are deemed to be alleged against NATIONAL FIRE INSURANCE COMPANY OF HARTFORD (AS SUCCESSOR BY MERGER TO TRANSCONTINENTAL INSURANCE COMPANY) and VALLEY FORGE INSURANCE COMPANY instead.

DATED: October 23, 2012

_____
HON. RICHARD SEEBORG
JUDGE OF THE DISTRICT COURT

2

CASE NO. 3:12-CV-04160-RS
[PROPOSED] ORDER TO DISMISS DEFENDANT NATIONAL FIRE INSURANCE COMPANY OF HARTFORD IN FAVOR OF NATIONAL FIRE INSURANCE COMPANY OF HARTFORD (AS SUCCESSOR BY MERGER TO TRANSCONTINENTAL INSURANCE COMPANY) AND VALLEY FORGE INS. CO.