**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192019)
Kimberly R. Arnal (SBN 200448)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
eaguilera@aguileragroup.com
karnal@aguileragroup.com
T: 714.384.6600 / F: 714.384.6601

Attorneys for Plaintiffs ST. PAUL FIRE AND MARINE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation<br><br>Plaintiff,<br><br>v.<br><br>ADMIRAL INSURANCE COMPANY, a Delaware corporation, et al.,<br><br>Defendants. | Case No. 3:12-cv-04160-JST<br>**Honorable Jon S. Tigar – Courtroom 9**<br><br>**STIPULATION TO VOLUNTARILY DISMISS** |

**WHEREAS,** Plaintiff St. Paul Fire and Marine Insurance Company ("St. Paul") wishes to dismiss, without prejudice, defendants AXIS Specialty Insurance Company ("AXIS") and First Specialty Insurance Company ("First Specialty").

**WHEREAS,** defendants Admiral Insurance Company, American Safety Indemnity Company, AXIS, Continental Casualty Company, The Continental Insurance Company, National Fire Insurance Company of Hartford (on its own behalf and as successor by merger to Transcontinental Insurance Company), Transportation Insurance Company and Valley Forge Insurance Company, First

Specialty, Lexington Insurance Company, National Fire Insurance Company of Hartford, National Union Fire Insurance Company of Pittsburgh, PA and Zurich American Insurance Company have appeared in the present action;

**WHEREAS**, the appearing defendants are amenable to St. Paul dismissing without prejudice AXIS and First Specialty from the present action;

**IT IS HEREBY STIPULATED** by and between St. Paul and Defendants who have appeared in this action, by and through their designated counsel, that defendants AXIS and First Specialty are hereby dismissed without prejudice pursuant to FRCP 41(a)(1).  AXIS and First Specialty further agree to waive any claim for costs they might have associated with the present action.

Dated:  September ___, 2013    **THE AGUILERA LAW GROUP, APLC**

_____
A. Eric Aguilera
Kimberly R. Arnal
Attorneys for Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated:  September ___, 2013    **BOORNAZIAN, JENSEN & GARTHE**

_____
Alan E. Swerdlow
Attorneys for Defendant AMERICAN SAFETY INDEMNITY COMPANY

Dated:  September ___, 2013    **BOORNAZIAN, JENSEN & GARTHE**

_____
Thomas E. Mulvihill
Tamiko A. Dunham
Attorneys for Defendant AXIS SPECIALTY INSURANCE COMPANY

| | |
|---|---|
| Dated:  September ___, 2013 | **CRESSWELL, ECHEGUREN, RODGERS & HARVEY** |
| | |
| | _____ |
| | Ronald D. Echeguren |
| | Matthew S. Harvey |
| | Attorneys for Defendant FIRST SPECIALTY INSURANCE CORPORATION |
| | |
| Dated:  September ___, 2013 | **SELVIN WRAITH HALMAN LLP** |
| | |
| | _____ |
| | Norman Lau |
| | Attorneys for Defendant LEXINGTON INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA |
| | |
| Dated:  September ___, 2013 | **COLLIAU CARLUCCIO KEENER MORROW PETERSON & PARSONS** |
| | |
| | _____ |
| | Kevin M. Haithcox |
| | Attorney for Defendants NATIONAL FIRE INSURANCE COMPANY OF HARTFORD (ON ITS OWN BEHALF AND AS SUCCESSOR BY MERGER TO TRANSCONTINENTAL INSURANC E COMPANY), VALLEY FORGE INSURANCE COMPANY, TRANSPORTATION INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY and THE CONTINENTAL INSURANCE COMPANY |

| | |
|---|---|
| Dated: September ___, 2013 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| | _____ |
| | Kathleen E. Hegen |
| | Attorney for Defendant ADMIRAL INSURANCE COMPANY |
| Dated: September ___, 2013 | **SINNOTT, PUEBLA, CAMPAGNE & CURET** |
| | _____ |
| | Blaise S. Curet |
| | Randy M. Marmor |
| | Attorney for Defendant ZURICH AMERICAN INSURANCE COMPANY |

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATED: November 27, 2013            _____

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Jon S. Tigar]*