**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192019)
Kimberly R. Arnal (SBN 200448)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
eaguilera@aguileragroup.com
karnal@aguileragroup.com
T: 714.384.6600 / F: 714.384.6601

Attorneys for Plaintiffs ST. PAUL FIRE AND MARINE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADMIRAL INSURANCE COMPANY, a Delaware corporation, et al.,<br><br>Defendants. | Case No. 3:12-cv-04160-JST<br>**Honorable Jon S. Tigar – Courtroom 9**<br><br>**STIPULATION TO AMEND CASE MANAGEMENT ORDER AND CONTINUE CERTAIN DATES** |

**WHEREAS,** several of the parties to this action are actively participating in settlement discussions;

**WHEREAS,** the parties believe that continuing the dates for the remaining permissible fact discovery by 40 days will facilitate settlement discussions;

**WHERAS,** continuing the discovery fact cut-off date necessitates the continuing certain other dates;

**WHEREAS,** on November 20, 2013, the trial court in the Underlying Action entitled *STRS Ohio CA Real Estate Investment I, LLC v. ACCO Engineering Systems,*

*Inc., et al.*, Alameda Superior Court Case Number RG10-496973 ("Underlying Action") continued the trial date of that action to February 3, 2014.

**WHEREAS,** the parties to the Underlying Action continue to take expert depositions up to and including this week and the parties to the instant action anticipate that discovery in the Underlying Action will be relevant to resolution of this matter, the Parties request that the Court modify the Scheduling Order and continue the fact discovery deadline by 40-day.

**IT IS HEREBY STIPULATED** by and between St. Paul and Defendants who remain in this action, by and through their designated counsel, and subject to the approval of this Court, to amend the Case Management Order as follows:

| EVENT | DEADLINE |
|---|---|
| Fact discovery cut-off | 3/14/14 |
| Expert disclosures | 3/28/14 |
| Expert rebuttal | 4/11/14 |
| Expert discovery cut-off | 5/2/14 |
| Deadline for Filing Dispositive Motions | 5/23/14 |
| Pretrial conference statement due | 7/8/14 |
| Pretrial conference | 7/18/14 at 2:00 pm |
| Trial | 8/4/14 at 8:30 am |
| Estimate of trial length (in days) | 3 |

Dated:  January 17, 2014 **THE AGUILERA LAW GROUP, APLC**

　　　　　　　　　　　　　　　　　*/s/ Kimberly R. Arnal*
　　　　　　　　　　　　　　　A. Eric Aguilera
　　　　　　　　　　　　　　　Kimberly R. Arnal
　　　　　　　　　　　　　　　Attorneys for Plaintiff ST. PAUL FIRE AND
　　　　　　　　　　　　　　　MARINE INSURANCE COMPANY

2

Case No. 3:12-cv-04160-RS
STIPULATION TO AMEND CASE MANAGEMENT ORDER

Dated:  January 17, 2014        **BOORNAZIAN, JENSEN & GARTHE**

___/s/ Alan E. Swerdlow_____
Alan E. Swerdlow
Attorneys for Defendant AMERICAN SAFETY INDEMNITY COMPANY

Dated:  January 17, 2014        **SELVIN WRAITH HALMAN LLP**

___/s/ Gary Selvin_____
Gary Selvin
Norman Lau
Attorneys for Defendant LEXINGTON INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Dated:  January 17, 2014        **COLLIAU CARLUCCIO KEENER MORROW PETERSON & PARSONS**

____/s/ Kevin M. Haithcox_____

Kevin M. Haithcox
Attorney for Defendants NATIONAL FIRE INSURANCE COMPANY OF HARTFORD (ON ITS OWN BEHALF AND AS SUCCESSOR BY MERGER TO TRANSCONTINENTAL INSURANC E COMPANY), VALLEY FORGE INSURANCE COMPANY, TRANSPORTATION INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY and THE CONTINENTAL INSURANCE COMPANY

| | |
|---|---|
| Dated:  January 17, 2014 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| | _/s/ Kathleen E. Hegen_____<br>Kathleen E. Hegen<br>Attorney for Defendant ADMIRAL INSURANCE COMPANY |
| Dated:  January 17, 2014 | **SINNOTT, PUEBLA, CAMPAGNE & CURET** |
| | _/s/ Blaise S. Curet_____<br>Blaise S. Curet<br>Randy M. Marmor<br>Attorney for Defendant ZURICH AMERICAN INSURANCE COMPANY |

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATED: January 17, 2014                         _____
                                                                 Honorable Jon S. Tigar