UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>   Plaintiff,<br><br>   v.<br><br>ADMIRAL INSURANCE COMPANY, et al.,<br><br>   Defendants. | Case No.  12-cv-04160-JST<br><br>**ORDER RE: ADR** |

Pursuant to the discussion at today's Case Management Conference, the parties are ordered to file a joint statement no later than April 16, 2014, proposing an effective method for further ADR, such as a mandatory settlement conference with a magistrate judge. The Court will conduct a further case management conference on April 30, 2014 at 2:00 p.m. to select the most appropriate method.

The Court will grant any request for telephonic appearance made in connection with the April 30 conference.

**IT IS SO ORDERED.**

Dated: February 12, 2014

_____
JON S. TIGAR
United States District Judge