UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>ADMIRAL INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No.  12-cv-04160-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 122 |

Plaintiff St. Paul Fire and Defendant Admiral Insurance Company stated on the record on February 27, 2014, that they have reached a settlement. See ECF No. 118.  By April 30, 2014, the settling parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this Order.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

**IT IS SO ORDERED**.

Dated: February 28, 2014

_____
JON S. TIGAR
United States District Judge