THE AGUILERA LAW GROUP, APLC
A. Eric Aguilera (SBN 192390)
Kimberly R. Arnal (SBN 200448)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714.384.6600 / F: 714.384.6601
eaguilera@aguileragroup.com
karnal@aguileragroup.com

Attorneys for Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

FILED
APR 0 7 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADMIRAL INSURANCE COMPANY, a Delaware corporation; et al.<br><br>Defendants. | Case No. 3:12-cv-04160-JST<br>[Honorable Jon S. Tigar – Courtroom 9]<br><br>~~STIPULATION TO AMEND AMENDED SCHEDULING ORDER; CONTINUE DEADLINES FOR 90 DAYS;~~ [PROPOSED] ORDER<br><br>Complaint Filed: August 8, 2012<br>Trial Date: August 4, 2014 |

**WHEREAS,** Plaintiff St. Paul Fire and Marine Insurance Company ("Plaintiff" or "St. Paul") has reached a settlement with or dismissed all Defendants in this case except American Safety Insurance Company ("ASIC");

**WHEREAS,** as St. Paul and ASIC are actively engaged in settlement negotiations;

**WHEREAS,** the parties to this action believe that a continuance of trial dates will help facilitate a settlement of this action and will therefore serve the interests of

1

Case No. 3:12-cv-04160-RS
STIPULATION TO AMEND AMENDED SCHEDULING ORDER, CONTINUE DEADLINES FOR 90 DAYS; [PROPOSED] ORDER

judicial economy and result in savings of expense for the parties;

**WHEREAS,** by its Order of January 17, 2014, this Court continued various discovery deadlines and the deadline for the filing of dispositive motions and amended its June 5, 2013 Scheduling Order;

**WHEREAS,** the parties believe that continuing the dates for the remaining permissible discovery by 90 days will facilitate settlement discussions;

**WHEREAS,** the continuance of the dates for the remaining permissible discovery will necessitate the continuance of the dates for the designation of experts, designation of rebuttal experts, expert discovery cut-off and the deadline to file dispositive motions by a commensurate amount of time.

**IT IS HEREBY STIPULATED** by and between and Defendants who remain in this action, by and through their designated counsel, and subject to the approval of this Court, to stay the case generally, continue certain deadlines and amend the Case Management Order as follows:

| EVENT | DEADLINE |
|---|---|
| Fact discovery cut-off | 6/12/14 |
| Expert disclosures | 6/26/14 |
| Expert rebuttal | 7/10/14 |
| Expert discovery cut-off | 7/31/14 |
| Deadline for Filing Dispositive Motions | 8/21/14 |
| Pretrial conference statement due | 10/31/14 ~~5/8/14~~ |
| Pretrial conference | 11/14/14 ~~10/24~~ at 2:00 pm |
| Trial | 12/8/14 ~~11/3/14~~ at 8:30 am |
| Estimate of trial length (in days) | 3 |

Dated: March 14, 2014

**THE AGUILERA LAW GROUP, APLC**

/s/ Kimberly R. Arnal

A. Eric Aguilera

Kimberly R. Arnal

Attorneys for Plaintiff ST. PAUL FIRE AND MARINE INSURANCE COMPANY

Dated: March 14, 2014

**BOORNAZIAN, JENSEN & GARTHE**

/s/ Alan E. Swerdlow

Alan E. Swerdlow

Attorneys for Defendant AMERICAN SAFETY INDEMNITY COMPANY

Dated: March 14, 2014

**SELVIN WRAITH HALMAN LLP**

/s/ Gary Selvin

Gary Selvin

Norman Lau

Attorneys for Defendant LEXINGTON INSURANCE COMPANY, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Dated: March 14, 2014

**COLLIAU CARLUCCIO KEENER MORROW PETERSON & PARSONS**

/s/ Kevin M. Haithcox

Kevin M. Haithcox

Attorney for Defendants NATIONAL FIRE INSURANCE COMPANY OF HARTFORD (ON ITS OWN BEHALF AND AS SUCCESSOR BY MERGER TO TRANSCONTINENTAL INSURANCE COMPANY), VALLEY FORGE

3

INSURANCE COMPANY, TRANSPORTATION INSURANCE COMPANY, CONTINENTAL CASUALTY COMPANY and THE CONTINENTAL INSURANCE COMPANY

Dated: March 14, 2014          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

　　　　　　　　　　　　　　　　　*/s/ Kathleen E. Hegen*
　　　　　　　　　　　　　　　　　Kathleen E. Hegen
　　　　　　　　　　　　　　　　　Attorney for Defendant ADMIRAL INSURANCE COMPANY

Dated: March 14, 2014          **SINNOTT, PUEBLA, CAMPAGNE & CURET**

　　　　　　　　　　　　　　　　　*/s/ Blaise S. Curet*
　　　　　　　　　　　　　　　　　Blaise S. Curet
　　　　　　　　　　　　　　　　　Randy M. Marmor
　　　　　　　　　　　　　　　　　Attorney for Defendant ZURICH AMERICAN INSURANCE COMPANY

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED,

DATED: 4/7/14

　　　　　　　　　　　　　　　　　　　　　Honorable Jon S. Tigar

---

4

Case No. 3:12-cv-04160-RS
STIPULATION TO AMEND AMENDED SCHEDULING ORDER, CONTINUE DEADLINES FOR 90 DAYS; [PROPOSED ORDER]