UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>    v.<br><br>ADMIRAL INSURANCE COMPANY, et al.,<br><br>      Defendants. | Case No. 12-cv-04160-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 127 |

    The parties stated on the record on April 15, 2014, that they have settled this action. See ECF No. 127. Accordingly, all deadlines and hearings in this case are VACATED. By May 30, 2014, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they failed to comply with this order.

    A case management conference will be held on June 18, 2014, which will be automatically vacated if the stipulation of dismissal is filed as ordered. Any continuance of the deadline set in this order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

    **IT IS SO ORDERED**.

Dated: April 16, 2014

_____
JON S. TIGAR
United States District Judge