**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192019)
Kimberly R. Arnal (SBN 200448)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
eaguilera@aguileragroup.com
karnal@aguileragroup.com
T: 714.384.6600 / F: 714.384.6601

Attorneys for Plaintiffs ST. PAUL FIRE AND MARINE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation<br><br>Plaintiff,<br><br>v.<br><br>ADMIRAL INSURANCE COMPANY, a Delaware corporation, et al.,<br><br>Defendants. | Case No.  3:12-cv-04160-JST<br>**Honorable Jon S. Tigar – Courtroom 9**<br><br>**STIPULATION TO DISMISS DEFENDANT AMERICAN SAFETY INDEMNITY COMPANY; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff ST. PAUL FIRE & MARINE INSURANCE COMPANY ("ST. PAUL"), and Defendant AMERICAN SAFETY INDEMNITY COMPANY ("ASIC") through their designated counsel that Defendant ASIC only be and hereby is dismissed without prejudice from the above-captioned action pursuant to Rule 41 of the Federal Rules of Civil Procedure.

/ / /

/ / /

/ / / /

/ / /

1  Both Plaintiff ST. PAUL and Defendant ASIC further stipulate to bear their
2  own costs and fees.

4  Dated: April 22, 2014                **THE AGUILERA LAW GROUP, APLC**

6  <u>  /s/ Kimberly Arnal                </u>
   A. Eric Aguilera
   Kimberly Arnal
   Attorneys for ST. PAUL FIRE & MARINE INSURANCE COMPANY

10 .

12 Dated: April 22, 2014                **BOORNAZIAN, JENSEN & GARTHE**

14 <u>   /s/ Alan E. Swerdlow             </u>
   Alan E. Swerdlow
   Attorneys for Defendant AMERICAN SAFETY INDEMNITY COMPANY

   PURSUANT TO STIPULATION, IT IS SO ORDERED,

   DATED: April 23, 2014

   IT IS SO ORDERED
   Judge Jon S. Tigar
   UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA