1

2

3

4

5

6

**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192019)
Kimberly R. Arnal (SBN 200448)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
eaguilera@aguileragroup.com
karnal@aguileragroup.com
T: 714.384.6600 / F: 714.384.6601

7    Attorneys for Plaintiffs ST. PAUL FIRE AND MARINE INSURANCE COMPANY

8

9                    **UNITED STATES DISTRICT COURT**

10   **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

11

12

13

14

15

16

17

18

ST. PAUL FIRE AND MARINE
INSURANCE COMPANY, a
Connecticut corporation

Plaintiff,

v.

ADMIRAL INSURANCE COMPANY,
a Delaware corporation, et al.,

Defendants.

Case No.  3:12-cv-04160-JST
**Honorable Jon S. Tigar – Courtroom 9**

**STIPULATION TO DISMISS THE
CNA DEFENDANTS**

19

20   IT IS HEREBY STIPULATED by and between Plaintiff ST. PAUL FIRE &

21   MARINE INSURANCE COMPANY ("ST. PAUL"), and Defendants National Fire

22   Insurance Company of Hartford (on its own behalf and as successor by merger to

23   Transcontinental Insurance Company), Valley Forge Insurance Company,

24   Transportation Insurance Company, Continental Casualty Company and The

25   Continental Insurance Company (collectively the "CNA Defendants) through their

26   designated counsel that the CNA Defendants only be and hereby are dismissed with

27   prejudice from the above-captioned action pursuant to Rule 41 of the Federal Rules of

28   Civil Procedure.

1

1      Both Plaintiff ST. PAUL and the CNA Defendants further stipulate to bear

2   their own costs and fees.

3

4   Dated:  July 1, 2014          **THE AGUILERA LAW GROUP, APLC**

5

6                                  _/s/ Kimberly Arnal_
                                  A. Eric Aguilera
7                                  Kimberly Arnal
                                  Attorneys for ST. PAUL FIRE & MARINE
8                                  INSURANCE COMPANY

9

10  Dated:  July 1, 2014          **COLLIAU CARLUCCIO KEENER MORROW**
                                  **PETERSON & PARSONS**
11

12

13                                 _/s/ Kevin M. Haithcox_
14
                                  Kevin M. Haithcox
15                                  Attorney for Defendants NATIONAL FIRE
                                  INSURANCE COMPANY OF HARTFORD (ON
16                                  ITS OWN BEHALF AND AS SUCCESSOR BY
                                  MERGER TO TRANSCONTINENTAL
17                                  INSURANC E COMPANY), VALLEY FORGE
                                  INSURANCE COMPANY, TRANSPORTATION
18                                  INSURANCE COMPANY, CONTINENTAL
19                                  CASUALTY COMPANY and THE
                                  CONTINENTAL INSURANCE COMPANY
20

21

22

23         PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25

26  DATED: _July 1, 2014_       _____

27                                 Honorable

28

IT IS SO ORDERED

Judge Jon S. Tigar

Case No. 3:12-cv-04160-RS
STIPULATION TO DISMISS CNA DEFENDANTS