# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | Case No. 12-cv-04160-JST |
| Plaintiff, | **MINUTE ORDER NOTING DISMISSAL** |
| v. | Re: ECF No. 140 |
| ADMIRAL INSURANCE COMPANY, et al., | |
| Defendants. | |

Plaintiff St. Paul Fire and Marine Insurance Company has filed a stipulation of dismissal dated October 21, 2014, stating that Plaintiff and Defendants who have appeared in this action have stipulated that Defendants Admiral Insurance Company and Zurich American Insurance Company be dismissed with prejudice from this action.  ECF No. 140.  "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice."  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All claims between St. Paul Fire and Marine Insurance Company and Admiral Insurance Company and Zurich Insurance Company have been dismissed with prejudice.  The Clerk is directed to terminate Admiral Insurance Company and Zurich American Insurance Company as parties in this case.

**IT IS SO ORDERED**.

Dated: October 22, 2014

_____
JON S. TIGAR
United States District Judge