UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GREENWICH INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 12-cv-04160-JST<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

As ordered from the bench at the case management conference held on October 29, 2014, the Court sets a further case management conference on November 19, 2014.  If the case is dismissed prior to that date, the conference will be vacated.  Otherwise, counsel are ordered personally to appear.  Also ordered to appear is a representative of each remaining party with sufficient authority to resolve any disputes regarding the terms of the parties' settlement agreement.  The parties are also ordered to bring hard copies of sufficient accounting, financial, or other information to permit them to draft and sign a final settlement agreement.

**IT IS SO ORDERED.**

Dated: November 4, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge