**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192019)
Kimberly R. Arnal (SBN 200448)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
eaguilera@aguileragroup.com
karnal@aguileragroup.com
T: 714.384.6600 / F: 714.384.6601

Attorneys for Plaintiffs ST. PAUL FIRE AND MARINE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Connecticut corporation,<br><br>Plaintiff,<br><br>v.<br><br>ADMIRAL INSURANCE COMPANY, a Delaware corporation, et al.,<br><br>Defendants. | Case No.  3:12-cv-04160-JST<br>**Honorable Jon S. Tigar – Courtroom 9**<br><br>**STIPULATION TO VOLUNTARILY DISMISS THE ENTIRE ACTION; [PROPOSED] ORDER** |

   **WHEREAS**, Plaintiff ST. PAUL FIRE & MARINE INSURANCE COMPANY ("ST. PAUL"), and Defendants LEXINGTON INSURANCE COMPANY ("LEXINGTON"), and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ("NATIONAL UNION") have reached a settlement in the instant action.

   **WHEREAS**, ST. PAUL, LEXINGTON and NATIONAL UNION are the only parties remaining in the case.

   **IT IS HEREBY STIPULATED** by and between Plaintiff ST. PAUL and Defendants LEXINGTON and NATIONAL UNION, by and through their counsel,

1 that the Complaint be and hereby is dismissed with prejudice from the above-
2 captioned action pursuant to Rule 41 of the Federal Rules of Civil Procedure.
3      Plaintiff ST. PAUL and Defendants LEXINGTON and NATIONAL UNION,
4 and each of them, further stipulate to bear their own costs and fees.

6 Dated:  November 17, 2014     **THE AGUILERA LAW GROUP, APLC**

8     */s/ Kimberly Arnal*
9     A. Eric Aguilera
    Kimberly Arnal
10     Attorneys for ST. PAUL FIRE & MARINE INSURANCE COMPANY

12 Dated:  November 17, 2014     **SELVIN WRAITH HALMAN LLP**

14     */s/ Gary Selvin*
15     Gary Selvin
    Attorneys for Defendant LEXINGTON
16     INSURANCE COMPANY, NATIONAL UNION
    FIRE INSURANCE COMPANY OF
17     PITTSBURGH, PA

21     PURSUANT TO STIPULATION, IT IS SO ORDERED.

22 DATED: November 19, 2014

IT IS SO ORDERED
Judge Jon S. Tigar